UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMANUEL L FINCH SR,<br><br>                 Plaintiff,<br><br>    v.<br><br>BRADLEY GRAHAM, CYNTHIA BROOKS, JOE SOFIA,<br><br>                 Defendants. | CASE NO. 3:15-CV-05305-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's motion to voluntarily dismiss defendant Joe Sofia (Dkt. 15) is **GRANTED.**

(3) This matter is re-referred to Magistrate Judge J. Richard Creatura for further proceedings.

DATED this 28th day of September, 2015.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge