UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EMANUEL L. FINCH, SR.,

    Plaintiff,

v.

BRADLEY GRAHAM, et al.,

    Defendants.

CASE NO. 15-cv-05305 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    Defendants' Motion for Summary Judgment is GRANTED IN FULL and the Court denies plaintiff's request for an extension to complete discovery

**DATED** this 3rd day of December, 2015.

_____
Ronald B. Leighton
United States District Judge